UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

YOUSSEF K. ALAKHRAS,

                Plaintiff,                      Case No. 1:26-cv-1679

v.

                                            Honorable Ray Kent

LAURIE A. FRY et al.,

                Defendants.
_____/

## ORDER OF TRANSFER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff's complaint presents claims regarding events that occurred at the Charles Egeler Reception & Guidance Center (RGC) and the Duane L. Waters Hospital in Jackson, Jackson County, Michigan, and Plaintiff indicates that all of the named Defendants are employed at RGC or the Duane L. Waters Hospital. (Compl., ECF No. 1.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Jackson County, and Defendants are public officials serving in Jackson County, "residing" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Jackson County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District of Michigan. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided whether Plaintiff may proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or 42 U.S.C. § 1997e(c).**


Dated:    June 5, 2026                            /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge